FILED

10/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0121

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0121

CITY OF WHITEFISH,

Plaintiff and Appellee,

v.

WILLIAM PURDY KLINK III,

Defendant and Appellant.

**ORDER**

Upon consideration of the City's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the municipal court record—in its entirety—shall be certified and transmitted from the Clerk of the Whitefish Municipal Court, cause number TK-18-572, to supplement this record on appeal.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2020